IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 23-307 |
| | : | |
| FELTON HAYMAN | : | |

## ORDER

AND NOW, this 24th day of August 2023, upon considering Defendant's Motion to dismiss (ECF No. 12) the Indictment (ECF No. 1), the United States' Response (ECF No. 23), following fulsome oral argument, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 12) is **DENIED.**

_____
KEARNEY, J.