**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-307 |
| FELTON HAYMAN | | |

Bond

## NOTICE OF HEARING

     Take notice that the defendant is scheduled for a Change of Plea hearing on April 15, 2024 at 12:00 PM before the **Honorable Mark A. Kearney** in **Courtroom 6B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:      Courtroom Deputy to J. Kearney
            Phone: 267.299.7688

Date:      March 26, 2024

cc:              Defendant (via defense counsel)
cc via email:    Defense Counsel
                Assistant U.S. Attorney
                U.S. Marshal
                Court Security
                Probation Office
                Pretrial Services
                Interpreter Coordinator

crnotice (July 2021)